TO; This Honorable Court / Judge . Philip G. Reinhard,

I'm writting in regards to the attorney that the Court has appointed to represent me on my current case No. 16C 50337 that is in front of His Hon. Judge Philip G. Reinhard. It is clear to plaintiff that after review of his medical/mental health records that there is sufficient evidence to strengthen the claim of indifference but due to the fact that the ties of Plaintiff's current representation geographical procemity & ties to the legal community of whiteside County, he feels that his current attorney is reluctant to explore the issues in his medical/mental records as well as the issue of if legally the deputies & Corporals of a county jail are allowed to handle an administer prescription & narcotic medication without a license. It has been made clear to plaintiff that his current court appointed counsel won't be filing an amended complaint including the issues raised above which this Honorable Court should be recieving either before or after reciept of this letter. Plaintiff now understands that certain issues braught up in the original claim will be better addressed in the court of the respective county which will probably be excluded from the original complaint, but he prays that the remaining issues that the Court has found valid will not be dismissed an also that The Court consider appointing Plaintiff an attorney that isn't from the surrounding area of whiteside county so that the issue above can be addressed properly an put into an amended complaint as soon as possible. Thank you for your time.

**FILED**

MAY 01 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Respectfully,
Dontee Brown

Dontae Brown
400 N. Cherry St
Whiteside County Sheriffs Dept
400 N. CHERRY STREET
Morrison, IL 61270
Morrison IL 61270

Legal Mail!!

QUAD CITIES IL P&DF
IL 612 2 L
27 APR 2017 PM

FOREVER
USA

Clerk of the U.S. District Court
United States Courthouse
Rockford IL, 61101